# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIMITRY KUPERSCHMIDT,** | : | Civil No. 1:21-cv-00363 |
| **Petitioner,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **JEFF ANGRADI, et al.,** | : | |
| **Respondents.** | : | |

## ORDER

AND NOW, this 14th day of January 2025, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the petition for a writ of habeas corpus in this case is DENIED, and that a certificate of appealability will not issue. IT IS FURTHER ORDERED that the clerk is directed to close this case.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge